# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2931

_____

Sharon L. Meeks

*Plaintiff - Appellant*

v.

Department of Human Services

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: July 19, 2018
Filed: July 24, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Sharon Meeks appeals from the order of the District Court[1] granting summary judgment to her former employer the Arkansas Department of Human Services in her

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

Title VII retaliation action. After de novo review, we conclude that the District Court did not err. <u>See</u> <u>Hutton v. Maynard</u>, 812 F.3d 679, 683–84 (8th Cir. 2016) (setting forth the evidence necessary to survive a motion for summary judgment on a Title VII retaliation claim); <u>see also</u> <u>Conolly v. Clark</u>, 457 F.3d 872, 876 (8th Cir. 2006) ("[A] properly supported motion for summary judgment is not defeated by self-serving affidavits.").

We affirm the judgment of the District Court.

_____